FILED
October 17, 2019
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>DOUGLAS J. GLOVER, )<br>)<br>Defendant. ) | Case No. 2:19-PO-00091-~~KJN~~ DB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>DOUGLAS J. GLOVER</u>, Case No. <u>2:19-PO-00091-KJN</u>, Charge <u>Failure to Appear</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of $_____

        __   Unsecured Appearance Bond

        __   Appearance Bond with 10% Deposit

        __   Appearance Bond with Surety

        __   Corporate Surety Bail Bond

    ✔   (Other)   <u>Credit for time served.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>October 17, 2019</u> at <u>3:20</u> pm.

                                        By   /s/ Deborah Barnes
                                               Deborah Barnes
                                               United States Magistrate Judge